# Third District Court of Appeal
## State of Florida

Opinion filed Decedmber 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1167
Lower Tribunal No. 24-5258-CA-01
_____

**David Harrell, et al.,**
Appellants,

vs.

**Lazara Martinez, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

David Harrell, in proper person.

Rumberger, Kirk & Caldwell, P.A., and Joshua D. Lerner, Scott M. Sarason, Douglas E. Ede, and Katherine V. Becerra, for appellee, Lyft, Inc.

Before SCALES, C.J., and LOGUE and GOODEN, JJ.

PER CURIAM.

Affirmed. See § 627.748(18), Fla. Stat. (2020); Fla. R. Civ. P. 1.110(b).